IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY )<br>)<br>Plaintiff,           )<br>)<br>v.                                )<br>)<br>)<br>GREENE LAW, PC, GARY J. GREENE, MICHAEL )<br>D. REINER, SOVEREIGN BANK, FAIRFIELD )<br>FINANCIAL MORTGAGE GROUP, INC., CHARLES )<br>LEVESQUE, STEPHEN GASS, and DAVID SOMERS )<br>)<br>Defendants.      ) | Civil Action No.:<br>3:12-cv-00139 - JBA<br><br><br><br><br><br>December 27, 2012 |

**PLAINTIFF CAROLINA CASUALTY INSURANCE COMPANY'S
MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS ON COUNTS II AND III**

Pursuant to Fed. R. Civ. Pro. 12(c), Carolina Casualty Insurance Company ("Carolina") brings this Motion for Partial Judgment on the Pleadings on Counts II and III of the pending Complaint.

In Counts II and III, Carolina seeks a declaration that it has no duty to defend or indemnify Defendants Greene Law, PC or Michael D. Reiner for (1) the complaint filed by Sovereign Bank in the lawsuit styled as *Sovereign Bank v. Fairfield Financial Mortgage Group, Inc., et al*, Case No. NNH-C-10-6016300-S and (2) the cross-claim filed in this action by Defendants Fairfield Financial Mortgage Group, Inc. and Charles Levesque against Greene Law, PC and Michael D. Reiner pursuant to the terms of the Carolina Lawyers Professional Liability Insurance Policy issued to "Greene Law Offices, P.C.," bearing policy no. 9979841, based on the Policy definition of Insured and the Policy Business Enterprise Exclusions E and F.

Accordingly, for the reasons discussed more fully in the attached Memorandum in Support of Carolina's Motion for Partial Judgment on the Pleadings, Carolina respectfully requests this Court enter an Order entering Judgment in favor of Carolina on Counts II and III of the First Amended Complaint and declare:

(1) there is no defense and indemnity for Greene Law PC, Gary J. Greene and Michael Reiner under the Carolina Policy No. 9979841 for the Sovereign Bank complaint and the Fairfield cross-claim set forth in the Sovereign Bank lawsuit Case No. NNH-C-10-6016300-S and

(2) for such further relief as this Court may deem just and appropriate.

Respectfully Submitted,

/s/*Darcy L. Ibach*

Darcy L. Ibach CT. Federal Bar No. PHV05327
dibach@lbbslaw.com
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312- 345-1718
312- 345-1778 Fax

Halloran & Sage
Kevin M. Roche CT Federal Bar #22579
Steven B. Ryan CT Federal Bar #11641
One Goodwin Sq., 225 Asylum Street
Hartford, CT  06103
860-522-6103
860-548-0006 Fax
roche@halloran-sage.com
sryan@halloran-sage.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2012, a copy of the foregoing *Carolina Casualty Insurance Company's Motion for Partial Judgment on the Pleadings Regarding Counts II and III* was filed electronically and served by mail on anyone unable to accept electronic filing.

**Halloran & Sage**
Kevin M. Roche  Bar #22579
Steven B. Ryan  Bar #11641
One Goodwin Sq., 225 Asylum Street
Hartford, CT  06103
860-522-6103
860-548-0006 Fax
roche@halloran-sage.com
sryan@halloran-sage.com


**Lewis Brisbois Bisgaard & Smith LLP**
Darcy L. Ibach, CT Federal Bar No. PHV 05327
Craig Giometti
550 West Adams Street – Suite 300
Chicago, IL  60606
312-345-1718
312- 345-1778 Fax
dibach@lbbslaw.com
cgiometti@lbbslaw.com

**Defendants:**
**Gary J. Greene**
**Greene Law P.C.**
**Michael D. Reiner**
By:  Gary J. Greene
11 Talcott Notch Road
Farmington, CT  06032
860-676-1336
860-676-2250 Fax
ggreene@greenelawpc.com

**Defendant:**
**Sovereign Bank**
Richard W. Bowerman
LeClair Ryan – NH
545 Long Wharf Drive – 9th Floor
New Haven, CT  06511
203-773-5206
203-773-5207 Fax
Richard.Bowerman@leclairryan.com

**Defendants:**
**Fairfield Financial Mortgage Group**
**Charles Levesque**
By:  Patrick W. Boatman
Law Offices of Patrick W. Boatman
111 Founders Plaza -- Suite 1000
East Hartford, CT  06108
860-291-9061
860-291-9073 Fax
pboatman@boatmanlaw.com

**Defendant:**
**David Somers**
By Patrick J. Filan
965 Pogt Road East
Westport CT  06880
203-221-8066
203-221-8068 Fax
pfilan@filan-law.com


                                          /s/*Steven B. Ryan*
                                          Steven B. Ryan